☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
*WESTERN DISTRICT OF TENNESSEE*

In re:   *Charlotte Baum*                               Case No.

Debtors:                                                Chapter 13

## CHAPTER 13 PLAN

**ADDRESS:**   (1)   *6094 Alamo Gadsden Road*        (2)
                    *Gadsden, TN 38337*

**PLAN PAYMENT:**
**Debtor(1)** shall pay $ *1332.00*    ☐ weekly, ☑ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ PAYROLL DEDUCTION    *Delta Faucet Company Tenn*    OR ( *X* ) DIRECT PAY
From:
**Debtor(2)** shall pay $            ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ PAYROLL DEDUCTION                                   OR (   ) DIRECT PAY
From:

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]    ☐ YES   ☑ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION      ☐ YES   ☑ NO
    OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].  ☐ YES   ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                              Monthly Plan Payment:

*None*       Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
             ongoing payment begins                                    $
             Approximate arrearage:

**5. PRIORITY CLAIMS:**

*-NONE-*                          Amount                               $

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☑ Paid by Trustee to:

*LoanCare*    ongoing payment begins   *November 2017*                $*955.39*
              Approximate arrearage:   *5,100.00*    Interest  *0.00*  $85.00

**7. SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| *Republic Finance* | 3,583.00 | *7.00* | $*72.00* |
| *World Acceptance* | *2,013.00* | *7.00* | $*40.00* |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| *American Honda Finance Corp adequate protection payment of $7.25/mo* | *1,14.61* | *7.00* | *29.00* |

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **American Honda Finance Corp** *adequate protection payment of $19.00/mo* | **3,837.34** | **7.00** | **76.00** |
| **Nissan Motor Acceptance Corporation** *adequate protection payment of $163.25/mo* | **32,963.60** | **7.00** | $**653.00** |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

*-NONE-*       Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Ashley Furniture Homestore-protect cosigner** | **7,700.00** | **0.00** | $**129.00** |
| **OneMain-protect cosigner** | **11,882.62** | **0.00** | $**200.00** |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

| *DiTech* | ☐ | ☐ | $244.65/mo |
| *Arrears $1230.00   0.00%* | | | $21.00/mo |
| *Nationstar Mortgage* | ☐ | ☐ | $101.06/mo |
| *Arrears $800.00    0.00%* | | | $14.00/mo |

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**
*-NONE-*

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** *$30,027.00*

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
☑ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

*None*          ☐ Assumes **OR** ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **_60_** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**
   *None*

   **ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

*/s/ Alissa York Gay*                                    Date  *July 20, 2017*                                    .
*Alissa York Gay*
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**            RH